IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**REMBER Y. MOSCOSO,**

    **Petitioner,**

v.

**BRIAN COOK, WARDEN,
SOUTHEASTERN CORRECTIONAL
INSTITUTION,**

    **Respondent.**

**CASE NO. 2:19-CV-223
JUDGE SARAH D. MORRISON
Magistrate Judge Kimberly A. Jolson**

## OPINION AND ORDER

On August 20, 2019, the Magistrate Judge issued a Report and Recommendation recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. (ECF No. 12.) Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed.

The Report and Recommendation (ECF No. 12) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

Petitioner has waived his right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Therefore, the Court **DECLINES** to issue a certificate of appealability.

**IT IS SO ORDERED**.

    /s/ Sarah D. Morrison
    **SARAH D. MORRISON
    UNITED STATES DISTRICT JUDGE**